E-FILED
Friday, 30 June, 2006 11:54:23 AM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

SANDRA TREVINO HESTON, )
)
      Plaintiff, )
)   CASE NO._____
VS. )
)
GUARDSMARK, INC., )
)
      Defendant. )

**2:05CV400 JM**

## COMPLAINT

### I. PRELIMINARY STATEMENT

Comes now the Plaintiff, SANDRA TREVINO HESTON, through counsel, Herbert S. Lasser & Associates, P.C., by Attorney ROBERT A. PLANTZ, and brings this action against the Defendant, GUARDSMARK, INC., for retaliatory discharge in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000(e) ("Title VII"). As a direct and proximate result of the improper, retaliatory and unlawful conduct of the Defendant, the Plaintiff seeks compensatory damages and other statutory relief provided under federal law.

### II. PARTIES

1.    Plaintiff, SANDRA TREVINO HESTON ("Plaintiff"), is an individual and citizen of the State of Indiana residing therein at 2802 West 39th Place, Gary, Indiana 46408.

2.    The Defendant, GUARDSMARK, INC. ("Defendant"), was the employer of the Plaintiff with its primary business location at 207 Main Street, Suite 425, Peoria, Illinois 61602.

3.     At all times relevant, the Defendant acted by and through its authorized agents, servants, workmen and/or employees.

### III. JURISDICTION AND VENUE

4.     The Plaintiff incorporates herein the preceding paragraphs of this Complaint as if each were restated verbatim.

5.     The district court has jurisdiction over the causes of action herein pursuant to 42 U.S.C. § 2000e-3(a) and 28 U.S.C. § 1331, because the causes of action involves a federal question.

6.     Venue is proper under 28 U.S.C. § 1391.

7.     On or about December 12, 2002, Plaintiff filed a Charge of Discrimination alleging retaliatory discharge with the Equal Employment Opportunity Commission ("EEOC").   The Charge of Discrimination complained of the acts of retaliation described herein.  A copy of the charge is attached hereto as Exhibit "A."

8.     The Plaintiff's Charge of Discrimination rose to the level where the EEOC intended to initiate suit against the Defendant on its own.  It wasn't until August 10, 2005, that the EEOC determined it would not bring suit on it own and, instead, issued its Notice of Right to Sue.  A copy of the right to sue letter is attached hereto as Exhibit "B."

9.     Plaintiff has fully and timely complied with all administrative prerequisites for the bringing of this action.

### IV. CAUSE OF ACTION

10.     The Plaintiff incorporates herein the preceding paragraphs of this Complaint as if each were restated verbatim.

11.    Plaintiff began employment with the Defendant on or about January 4, 1999.

12.    After a year or more of work for the Defendant, the Plaintiff asserted a Discrimination Complaint against the Defendant under Title VII.

13.    In the month of September, 2002, it was determined that Plaintiff's discrimination complaint was closed.  Almost immediately thereafter, on October 17, 2002, the Defendant terminated the Plaintiff without just cause.

14.    When Plaintiff filed her initial Discrimination Compliant, she was engaging in a protected activity, as such term is generally defined under Title VII.

15.    The Defendant took adverse employment action against the Plaintiff because the Plaintiff engaged in a protected activity.  Had it not been but for the Plaintiff's participation in said protected activity, she would have not been terminated.

16.    There was no legitimate, non-discriminatory reason for Plaintiff's termination from employment, and any such proffered reason would only be a pretext.

WHEREFORE, the Plaintiff, SANDRA TREVINO HESTON, by and through counsel, respectfully seeks damages to the extent she has been harmed by Defendant's conduct, and specifically requests that the Court grant the following relief:

a)    A declaration that the acts and practices complained of herein to be in violation of title VII;

b)    Entering judgment against Defendant and in favor of the Plaintiff in an amount to be determined;

c)    Awarding compensatory damages to make Plaintiff whole for all lost earnings, earnings capacity and benefits, past and future, which Plaintiff has suffered or may suffer as a result of Defendant's improper conduct;

d)    Awarding punitive damages to Plaintiff under Title VII;

e)    Awarding Plaintiff any and all additional relief in law or equity as may be appropriate under Title VII and the facts of this case;

f)    Awarding Plaintiff the costs of suit and reasonable attorney's fees; and,

g)    Granting such other and further relief as this Court deems just, proper and equitable in the premises.

Respectfully Submitted,

HERBERT S. LASSER & ASSOCIATES, P.C.
Attorneys for the Plaintiff

By: _____
**ROBERT A. PLANTZ - #22104-64**
3700 East U.S. 30
Merrillville, IN 46410
Phone: (219) 942-3710

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ FEPA | EC0319 |
| ☐ EEOC | 24BA300042 |

_____ and EEOC

*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Ms. Sandra Trevino Heston | 219-985-2602 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 2802 W. 39th Place | Gary, IN 46408 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Guardsmark, Inc. | | 309-674-0430 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 207 Main St. Suite 425 | Peoria, IL 61602 | |

| NAME | | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER (Specify)

| DATE DISCRIMINATION TOOK PLACE | |
|---|---|
| EARLIEST | LATEST |
| October 17, 2002 | |
| ☐ CONTINUING ACTION | |

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I have been employed by Guardsmark since January 4, 1999. On October 17, 2002 I was terminated at which time I was working the position of Security at Caterpillar Logistics for Guardsmark, Inc.

During the month of September my employer was informed that my previous discrimination complaint was closed. Subsequently, my employment was terminated on October 17, 2002.

I believe I have been retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION RECEIVED 2002 DEC 12 PM 3: 23 INDIANAPOLIS DISTRICT OFFICE

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) 5-09-07 I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT _Sandra D. Trevino Heston_ |
| _Sandra D. Trevino Heston_ | SUBSCRIBED AND SWORN TO BEFORE ME (Month, day and year) |
| Date Dec 3, 2002    Charging Party (Signature) | 12 3 02 |

EEOC FORM 5 (Rev. 07/99)

PLAINTIFF'S EXHIBIT A

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# NOTICE OF RIGHT TO SUE -- TITLE VII / ADA/ADEA
### (Conciliation Failure)

| To: Ms. Sandra Trevino-Heston | From: Equal Employment Opportunity Commission |
|---|---|
| 2802 W. 39th Place | 500 West Madison Street, Suite 2800 |
| Gary, IN 46408 | Chicago, Illinois 60661 |

CERTIFIED MAIL NO.: 7099 3400 0006 7303 6740

*On behalf of a person aggrieved whose identity is CONFIDENTIAL*
*(29 C.F.R. 1601.7(a))*

| Charge Number | EEOC Representative | Telephone Number |
|---|---|---|
| 24B-2003-00042 | Regina Husar, Investigator | (312) 353-0819 |

( See the additional information attached to this form )

The Commission has found reasonable cause to believe that your charge of employment discrimination is true but has not entered into a conciliation agreement to which you are a party because attempts to achieve such a voluntary settlement with respondent(s) have been unsuccessful.

The Commission has determined that it will not bring a civil action against the respondent(s) and accordingly is issuing this Notice of Right to Sue. With the issuance of this Notice the Commission terminates its process with respect to your charge, except that the Commission may seek status as intervenor if you decide to sue on your own behalf as described below.

If you want to pursue your charge further, you have the right to sue the respondent(s) named in your charge in a court of competent jurisdiction. IF YOU DECIDE TO SUE, YOU MUST DO SO WITHIN NINETY (90) DAYS FROM YOUR RECEIPT OF THIS NOTICE OF RIGHT TO SUE: OTHERWISE YOUR RIGHT TO SUE IS LOST.

Your suit may include any allegation contained in your charge of employment discrimination or any matter which was or should have been discovered by the Commission during its investigation of your charge.

On Behalf of the Commission

*August 10, 2005*

*John P. Rowe*

John P. Rowe, District Director

Enclosures

Information sheet
Copy of Charge

cc: Respondent(s)    Guardsmark, LLC

EEOC Form 161-A (Test 10/94)



PLAINTIFF'S
EXHIBIT
B

JS 44  (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a)  PLAINTIFFS
SANDRA TREVINO HESTON

**DEFENDANTS**
GUARDSMARK, INC

**(b)**  County of Residence of First Listed Plaintiff   Lake
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)**  Attorney's (Firm Name, Address, and Telephone Number)
Robert A. Plantz, 3700 E. US 30, Merrillville, IN 46410, 219-942-3710

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. §2000(e) et. seq.
Brief description of cause:
Retaliatory Discharge

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE  10-19-05

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____