UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| SANDRA TREVINO HESTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:05-CV-00400 |
| ) | |
| GUARDSMARK, INC., ) | |
| ) | |
| Defendant. ) | |

**RULE 7.1 DISCLOSURE STATEMENT**

There is no parent corporation for Defendant Guardsmark, Inc. and no publicly-held corporation owns ten percent (10%) or more of the stock of Guardsmark, Inc.

Respectfully submitted,

LEWIS & KAPPES, P.C.


By: _s/ David W. Gray_____
    David W. Gray, Atty No. 7260-49

Attorney for Defendant
Lewis & Kappes, P.C.
One American Square, Suite 2500
Indianapolis, IN  46282
T:  (317) 639-1210
F:  (317) 639-4882
DGray@lewis-kappes.com


William P. Dougherty
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN  38103

## **CERTIFICATE OF SERVICE**

      I certify that on the 3rd day of May, 2006, the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

      Robert A. Plantz
      3700 East U.S. 30
      Merrillville, IN 46410
      robertplantz@yahoo.com

                                  s/ David W. Gray
                                  David W. Gray, Atty No. 7260-49

Lewis & Kappes, P.C.
One American Square, Suite 2500
Indianapolis, IN 46282
T: (317) 639-1210
F: (317) 639-4882
DGray@lewis-kappes.com