1:06-cv-01184-MMM-JAG    # 19    Page 1 of 2            E-FILED
case 2:05-cv-00400-JTM-PRC   document 19   filed 05/04/2006   page 1 of 2
                                                    Friday, 30 June, 2006  12:03:01 PM
                                                      Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| SANDRA TREVINO HESTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:05-CV-00400 |
| | ) |
| GUARDSMARK, INC., | ) |
| | ) |
| Defendant. | ) |

**<u>REPORT OF PARTIES' PLANNING MEETING</u>**

In accordance with Federal Rules of Civil Procedure 26(f), a meeting was held on May 2, 2006, telephonically and was attended by Robert A. Plantz for Plaintiff, and David W. Gray for Defendant, Guardsmark, Inc.

It was noted that Defendant had filed a Motion to Dismiss the Complaint for Improper Venue. The parties believe that setting deadlines for the future handling of this case would be premature until the Motion has been resolved.

                                        Respectfully submitted,

                                        HERBERT S. LASSER & ASSOCIATES, P.C.

                                        By:   s/ Robert A. Plantz
                                              Robert A. Plantz, Atty No. 22104-64

Attorney for Plaintiff
3700 East U.S. 30
Merrillville, Indiana  46410
T:  219-942-3710
F:  219-942-0064
robertplantz@yahoo.com

2

                LEWIS & KAPPES, P.C.

                By: s/ David W. Gray
                    David W. Gray Atty No. 7260-49

Attorneys for Defendant
Lewis & Kappes, P.C.
One American Square, Suite 2500
Indianapolis, IN  46282
T:  (317) 639-1210
F:  (317) 639-4882
DGray@lewis-kappes.com

William P. Dougherty
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN  38103

2