E-FILED
Thursday, 03 August, 2006 02:13:14 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

SANDRA TREVINO HESTON, )
)
      Plaintiff, )
VS. ) CASE NO. 1:06-cv-1172
)
GUARDSMARK, INC., )
)
      Defendant. )

## REPORT OF PARTIES' PLANNING MEETING AND AGREED DISCOVERY PLAN

1. In accordance with Fed. R. Civ. P. 26(f), a meeting was held on Wednesday, August 2, 2006 and was attended via telephone by:

    Robert A. Plantz, Esq. for Plaintiff, Sandra Tervino Heston; and
    William P. Dougherty, Esq. for Defendant, Guardsmark, Inc.

2. Pre-Discovery Disclosures. The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) by August 21, 2006.

3. Discovery Plan. The parties jointly propose to the Court the following discovery plan:

    a. Discovery will be needed on the following subjects:

       i. The factual basis for the claims in Plaintiff's lawsuit; and,
       ii. The factual basis for Defendant's affirmative defenses.

    b. The parties agree that the last date for the completion of discovery shall be March 1, 2007.

    c. Currently the parties do not anticipate any expert witnesses. In the event either party decides to retain experts, that party shall immediately advise the other party and the Court so that expert discovery dates can be established.

    c. Maximum of 25 interrogatories by each party to any other party (the default amount set by Fed. R. Civ. P. 33).
    d. Maximum of 25 requests for admission by each party to any other party.

  e. Maximum of 10 depositions by plaintiff and 10 by defendant (the default amount set by Fed. R. Civ. P. 30).

  f. Each deposition will be limited to maximum of 7 hours unless extended by agreement of parties or by order of the Court (the default time limit set by Fed. R. Civ. P. 30).

  g. The parties acknowledge that they are under a continuing obligation pursuant to Rule 26(e) to supplement their discovery responses as additional relevant and responsive information becomes available.

4. Other Items:

  a. The last date for the Plaintiff to seek leave of court to join additional parties and to amend the pleadings is October 2, 2006.

  b. The last date for the Defendant to seek leave of court to join additional parties and to amend the pleadings is October 16, 2006.

  c. The last date for the filing of all potentially dispositive motions is April 4, 2007.

  d. The timing of filing pretrial disclosures under Fed. R. Civ. P. 26(a)(3) shall be governed by separate order.

  e. At this point in time, the parties have not agreed on pursuing any Alternative Dispute Resolution process.

  f. The case should be ready for jury trial by May, 2007, and at this time is expected to take approximately three (3) days.

| | |
|---|---|
| **S:// Robert A. Plantz** | |
| Counsel for Plaintiff | Counsel for Defendant |
| Robert A. Plantz | William P. Dougherty |
| HERBERT S. LASSER & ASSOC., P.C. | BAKER, DONALDSON, BERAMAN, |
| 3700 East U.S. Highway 30 | CALDWELL & BERKOWITZ, P.C. |
| Merrillville, Indiana 46410 | 165 Madison Ave., Suite 2000 |
| (219) 942-3710 | Memphis, Tennessee 38103 |
| (219) 942-0064 (fax) | (901) 577-2340 |
| | |
| Dated: August 3, 2006 | Dated: August 3, 2006 |

e. Maximum of 10 depositions by plaintiff and 10 by defendant (the default amount set by Fed. R. Civ. P. 30).

f. Each deposition will be limited to maximum of 7 hours unless extended by agreement of parties or by order of the Court (the default time limit set by Fed. R. Civ. P. 30).

g. The parties acknowledge that they are under a continuing obligation pursuant to Rule 26(e) to supplement their discovery responses as additional relevant and responsive information becomes available.

4. Other Items:

a. The last date for the Plaintiff to seek leave of court to join additional parties and to amend the pleadings is October 2, 2006.

b. The last date for the Defendant to seek leave of court to join additional parties and to amend the pleadings is October 16, 2006.

c. The last date for the filing of all potentially dispositive motions is April 4, 2007.

d. The timing of filing pretrial disclosures under Fed. R. Civ. P. 26(a)(3) shall be governed by separate order.

e. At this point in time, the parties have not agreed on pursuing any Alternative Dispute Resolution process.

f. The case should be ready for jury trial by May, 2007, and at this time is expected to take approximately three (3) days.

| | |
|---|---|
| S://  Robert A. Plantz | s://William P. Dougherty |
| Counsel for Plaintiff | Counsel for Defendant |
| Robert A. Plantz | William P. Dougherty |
| HERBERT S. LASSER & ASSOC., P.C. | BAKER, DONALDSON, BERAMAN, |
| 3700 East U.S. Highway 30 | CALDWELL & BERKOWITZ, P.C. |
| Merrillville, Indiana 46410 | 165 Madison Ave., Suite 2000 |
| (219) 942-3710 | Memphis, Tennessee 38103 |
| (219) 942-0064 (fax) | (901) 577-2340 |

Dated: August 3, 2006                                Dated: August 3, 2006