UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Sandra Trevino Heston, | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | Case No. 06-1172 |
| | ) | |
| Guardsmark, Inc., | ) | |
| Defendant | ) | |

**ORDER**

      The Local Rules and the Administrative Procedures of this Court require admission to practice in the Central District of Illinois and registration for electronic case filing.

      Attorneys who are not admitted to practice in this District are to have their completed oath cards to this Court within 14 days and their registration for electronic case filing to this court within 7 days thereafter.  This applies to the following attorneys:  William Dougherty, Robert Plantz, Thomas Ruge, and Edward Young.

      Attorney David Gray is admitted to practice but not registered for electronic case filing. His registration shall be submitted within 7 days of this date.

      Failure to comply with these deadlines will result in action by the presiding District Judge, up to and including imposition of sanctions or termination from participation in this case.

      ENTER this 8th day of August, 2006.


/s John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE