**E-FILED**
Tuesday, 08 August, 2006  04:52:21 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SANDRA TREVINO HESTON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-1172 |
| | ) | |
| v. | ) | Judge Michael M. Mihm |
| | ) | |
| GUARDSMARK, INC., | ) | Magistrate Judge John A. Gorman |
| | ) | |
| Defendant. | ) | |

### GUARDSMARK'S MOTION FOR WITHDRAWAL AND
### SUBSTITUTION OF COUNSEL

Defendant Guardsmark LLC, by its undersigned counsel, hereby moves for leave to withdraw Indiana counsel David W. Gray and Thomas R. Ruge of Lewis & Kappes, P.C. as its counsel and to substitute Arthur J. Howe and Jason M. Rosenthal of Schopf & Weiss LLP as Illinois counsel for Defendant Guardsmark LLC.  This case was recently transferred to this Court from the Northern District of Indiana.  Edward Young and William Dougherty of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC are to remain as counsel.

WHEREFORE, Defendant Guardsmark LLC requests that this Court enter an Order (1) granting Defendant's motion; (2) permitting Arthur J. Howe and Jason M. Rosenthal to substitute as counsel; (3) permitting David W. Gray and Thomas R. Ruge leave to withdraw as counsel; and (4) granting any other relief this Court deems appropriate.

Dated:  August 8, 2006                             Respectfully submitted,

                                                   s/Jason M. Rosenthal
                                                   One of the Attorneys for Guardsmark, LLC

Arthur J. Howe
Jason M. Rosenthal
SCHOPF & WEISS LLP
312 West Randolph Street, Suite 300
Chicago, Illinois 60606
(312) 701-9300

159770_1.DOC

**<u>CERTIFICATE OF SERVICE</u>**

I, Jason M. Rosenthal, an attorney, hereby certify that I caused a copy of the foregoing **Guardsmark's Motion for Withdrawal and Substitution of Counsel** to be filed electronically with the Clerk of the Court using the CM/ECF system on this 8th day of August, 2006, which will automatically send email notifications of such filing to the following:

Robert A. Plantz
Herbert S. Lasser & Associates PC
3700 E. U.S. 30, Suite 4
Merrillville, Indiana 46410

David W. Gray
Thomas R. Ruge
Lewis & Kappes, P.C.
One American Square
Suite 2500
Indianapolis, Indiana 46282

<u>s/Jason M. Rosenthal</u>
Jason M. Rosenthal