UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Sandra Trevino Heston, | ) | |
|        Plaintiff | ) | |
| | ) | |
| | ) | Case No. 06-1172 |
| | ) | |
| Guardsmark, Inc., | ) | |
|        Defendant | ) | |

**ORDER**

Now before the court is the motion by defendant's counsel to substitute counsel. The motion is granted. Attorneys David W. Gray and Thomas R. Ruge are allowed to withdraw and the Clerk is directed to terminate them as counsel for Guardsmark in this case. The Clerk is further directed to add Attorneys Arthur J. Howe and Jason M. Rosenthal as counsel for Guardsmark in this case.

ENTER this 9th day of August 2006.

S/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE