AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

CENTRAL      DISTRICT OF      ILLINOIS

SANDRA TREVINO HESTON,
Plaintiff

v.

GUARDSMARK, INC.,
Defendant

**APPEARANCE**

Case Number: 06-1172

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, GUARDSMARK, INC.

I certify that I am admitted to practice in this court.

| 8/9/2006 | s/ Arthur J. Howe |
|---|---|
| Date | Signature |
| | Arthur J. Howe — ARDC6190109 |
| | Print Name — Bar Number |
| | 312 West Randolph Street, Suite 300 |
| | Address |
| | Chicago — Illinois — 60606 |
| | City — State — Zip Code |
| | (312) 701-9300 — (312) 701-9335 |
| | Phone Number — Fax Number |