E-FILED
Monday, 11 September, 2006  03:22:55 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS



**JOHN A. GORMAN**
United States Magistrate Judge

211 Federal Building
100 N.E. Monroe
Peoria, Illinois  61602
Telephone:  309-671-7140

September 11, 2006

Robert Plantz
HERBERT S LASSER & ASSOCIATES LTD
3700 East US 30
Merrilville, IN 46410

Dear Mr. Plantz:

On September 1, 2004, the Central District of Illinois became an electronic court.  Local Rules have been implemented and Administrative Procedures adopted.  Pursuant to the Administrative Procedures, registration for and utilization of the electronic filing system is mandatory, unless the presiding judge in each particular case enters an order allowing the attorney to "opt out" in that case.

In Case No. 06-1172, you are an attorney of record and our records indicate that you have not registered for the Electronic system.  This is a reminder that your participation in that case is not in conformance with the Rules and Procedures of this Court.

Enclosed with this letter is an application for Registration into the electronic system.  If you have not already done so, please complete and return this form to the address shown.  Upon receipt of your completed application, you will receive via email a login and password.

The Home Page for the Central District of Illinois is www.ilcd.uscourts.gov.  At that site, you will find much valuable information about the electronic system, including the Local Rules and Administrative Procedures.  Our Court also offers attorney training sessions.  If you are interested, the Home Page also allows you to check the dates and times for training sessions and enroll for one of them.

We appreciate your careful consideration and look forward to your  participation in the electronic filing system.

Sincerely,


John A. Gorman
United States Magistrate Judge

JAG/wlw
enc.