UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SANDRA TREVINO HESTON, | ) |
| Plaintiff, | ) Case No. 06-1172 |
| v. | ) |
| GUARDSMARK, INC. | ) |
| Defendant. | ) |

## NOTICE OF DEPOSITION

To:  Robert A. Plantz and Sandra Trevino Heston
     Herbert S. Lasser & Associates, P.C.
     3700 East U.S. 30, Suite 5
     Merrillville, Indiana  46410

**PLEASE TAKE NOTICE** that the deposition of **SANDRA TREVINO HESTON** will be taken by oral examination before a qualified court reporter on the 19th day of December, 2006, beginning at 10:00 a.m., at Herbert S. Lasser & Associates, P.C., 3700 East U.S. 30, Suite 5, Merrillville, Indiana and continuing thereafter until the same should be completed.

GUARDSMARK, LLC.

BY:  s/William P. Dougherty
     WILLIAM P. DOUGHERTY
     BAKER, DONELSON, BEARMAN, CALDWELL
          & BERKOWITZ, P.C.
     First Tennessee Building, Suite 2000
     165 Madison Avenue
     Memphis, Tennessee  38103
     Direct No. 901-577-2340/Direct Fax: 901-577-0789
     E-mail: wpdougherty@bakerdonelson.com
     ATTORNEY FOR DEFENDANT

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that on this 16th day of November, 2006, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail.

                                                   s/ William P. Dougherty
                                                   WILLIAM P. DOUGHERTY