IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SANDRA TREVINO HESTON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-1172 |
| | ) | |
| v. | ) | Judge Michael M. Mihm |
| | ) | |
| GUARDSMARK, INC., | ) | Magistrate Judge John A. Gorman |
| | ) | |
| Defendant. | ) | |

**NOTICE OF CHANGE OF ADDRESS**

To:    See Certificate of Service

Schopf & Weiss LLP, local counsel of record for Defendant Guardsmark, LLC., hereby gives notice that effective immediately, its new address is as follows:

SCHOPF & WEISS LLP
One South Wacker Drive
28th Floor
Chicago, Illinois 60606-4617

Its main telephone number, 312-701-9300, and facsimile number, 312-701-9335, remain unchanged.  Please update your records accordingly.

Dated:  December 18, 2006

Respectfully submitted,

/s/ Arthur J. Howe_____
One of the Attorneys for Guardsmark, LLC

Arthur J. Howe
Jason M. Rosenthal
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606-4617
(312) 701-9300

164892_1.DOC

**CERTIFICATE OF SERVICE**

I, Arthur J. Howe, an attorney, hereby certify that I caused a copy of the foregoing **Notice of Change of Address** to be filed electronically with the Clerk of the Court using the CM/ECF system on this 18th day of December, 2006, which will automatically send email notifications of such filing to the following:

    Robert A. Plantz
    Herbert S. Lasser & Associates PC
    3700 East U.S. 30
    Suite 4
    Merrillville, Indiana 46410

    Edward R. Young
    William P. Dougherty
    Baker Donelson Bearman Caldwell & Berkowitz PC
    165 Madison Avenue
    Memphis, Tennessee 38103

                                         /s/ Arthur J. Howe_____