E-FILED
Tuesday, 27 February, 2007  04:06:36 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SANDRA TREVINO HESTON, | ) |
| Plaintiff, | ) Case No. 06-1172 |
| v. | ) |
| GUARDSMARK, INC. | ) |
| Defendant. | ) |

MOTION FOR EXTENSION OF DISCOVERY DEADLINE
AND DISPOSITIVE MOTION DEADLINE

For their motion, the parties state:

On August 3, 2006, this Court fixed the applicable dates for the discovery deadline and the deadline for filing potentially dispositive motions as March 1, 2007 and April 4, 2007 respectively.

Although the parties have each conducted their discovery in this matter, there remain certain potential witnesses who reside or work in the Peoria, Illinois area, and it is anticipated that more than one trip will be necessary to that area to complete necessary discovery.

The parties respectfully request that the Court extend the discovery deadline in this matter from March 1, 2007 to April 1, 2007 and extend the dispositive motion deadline from April 4, 2007 to May 4, 2007.

It is not believed that any of the other dates scheduled by the Court, including the trial date, will be affected by any such extension requested herein.

1

The parties respectfully request that the Court grant the Motion asked for by them.

GUARDSMARK, LLC


BY:  s/William P. Dougherty
     WILLIAM P. DOUGHERTY
BAKER, DONELSON, BEARMAN, CALDWELL
 & BERKOWITZ, P.C.
First Tennessee Building, Suite 2000
165 Madison Avenue
Memphis, Tennessee  38103
Direct No. 901-577-2340/Direct Fax: 901-577-0789
E-mail:  wpdougherty@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT**


s/Robert A. Plantz
ROBERT A. PLANTZ
HERBERT S. LASSER & ASSOCIATES, P.C.
3700 East U.S. 30
Merrillville, Indiana  46410

**ATTORNEYS FOR PLAINTIFF**

E-FILED
Tuesday, 27 February, 2007  04:07:01 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SANDRA TREVINO HESTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GUARDSMARK, INC. ) <br> ) <br> Defendant. ) | Case No. 06-1172 |

PROPOSED ORDER

Upon the joint Motion of the parties in this matter, the discovery deadline previously established by the Court is hereby extended to and including April 1, 2007. The deadline for filing dispositive motions is hereby extended to and including May 4, 2007.

IT IS SO ORDERED.

_____
U. S. DISTRICT JUDGE


DATE: _____