
# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SANDRA TREVINO HESTON, ) | |
| ) | |
| Plaintiff, ) | |
| VS. ) | CASE NO. 06-1172 |
| ) | |
| GUARDSMARK, INC., ) | |
| ) | |
| Defendant. ) | |

### FIRST AGREED MOTION FOR ENLARGEMENT OF TIME
### TO RESPOND TO SUMMARY JUDGMENT

Comes now the Plaintiff, SANDRA TREVINO HESTON ("Plaintiff"), through counsel, Herbert S. Lasser & Associates, P.C., by Attorney ROBERT A. PLANTZ, and with the Agreement of the Defendant and its counsel, Attorney WILLIAM P. DOUGHERTY, respectfully moves the Court for her First Agreed Motion for Enlargement of Time to Respond to Summary Judgment. In support, the Plaintiff provides as follows:

1.  On May 1, 2007, the Defendant filed its Motion for Summary Judgment and, thereafter, the Court scheduled the Plaintiff's Response to be due on or before May 25, 2007.

2.  On May 14, 2007, moving counsel (actually his wife) had his first child born.

3.  Moving counsel contacted opposing counsel concerning this request for an enlargement of time to respond and obtained a response that he has no objection to an additional two (2) weeks.

4.  The graveman of Defendant's summary judgment motion is the fact that Plaintiff had a pending EEOC charge when she filed for bankruptcy. Although Plaintiff disputes the Defendant's argument and analysis of law on this issue, she has, nonetheless,

contacted the bankruptcy trustee and started the process to re-open her estate and authorize this lawsuit. This process will take some time.

5. This motion is made at the earliest time possible for the moving counsel herein.

6. Plaintiff is not making this motion with any sort of dilatory motive and no party herein will be prejudiced by granting this motion; to the contrary, this enlargement will foster a decision on the merits and narrow the issues in this case to conserve Court time and resources.

WHEREFORE, the Plaintiff, by counsel, respectfully moves, BY AGREEMENT, for her First Extension of Time for **two (2) weeks, up to and including June 8, 2007**, to file her Response to the Defendant's Motion for Summary Judgment.

>Respectfully Submitted,
>
>HERBERT S. LASSER & ASSOCIATES, P.C.
>Attorneys for Plaintiff
>
>By:  S://  Robert A. Plantz
>**ROBERT A. PLANTZ - #22104-64**
>3700 East U.S. 30
>Merrillville, IN 46410
>Phone: (219) 942-3710