IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

SANDRA TREVINO HESTON, )
)
       Plaintiff, )
)
VS. ) CASE NO. 06-1172
)
GUARDSMARK, INC., )
)
       Defendant. )

## PLAINTIFF'S NOTICE OF BANKRUPTCY STAY

Comes now the Plaintiff, SANDRA TREVINO HESTON ("Plaintiff"), through counsel, Herbert S. Lasser & Associates, P.C., by Attorney ROBERT A. PLANTZ, and hereby provides notice that this matter is Stayed in accordance with the Bankruptcy Code, 11 U.S.C. §362, and states:

    1.    The Defendant has alleged that the Plaintiff's cause of action herein should have been listed as an asset in her previously filed and discharged bankruptcy. In response to the Defendant's allegation, Plaintiff's counsel immediately notified the Bankruptcy Trustee, Calvin D. Hawkins (the "Trustee").

    2.    The Trustee has determined that this cause of action is an asset of the Plaintiff which should be administered through the Plaintiff's bankruptcy estate.

    3.    Attached hereto as Exhibit A is the Trustee's Motion to Re-open Chapter 7 Case, thus, this cause of action is now Stayed in accordance with 11 U.S.C. §362.

                              Respectfully Submitted,

                              HERBERT S. LASSER & ASSOCIATES, P.C.
                              Attorneys for Plaintiff

                By:    S://  Robert A. Plantz
                              **ROBERT A. PLANTZ**
                              3700 East U.S. 30
                              Merrillville, IN 46410
                              Phone: (219) 942-3710

U.S. Bankruptcy Court, Northern IN - CM/ECF System

## File a Motion:

03-65712-jpk Rodney Jay Heston and Sandra Denise Heston **CASE CLOSED on 03/25/2004**
Type: bk      Chapter: 7 v      Office: 2 (Hammond Division)
Judge: jpk    Assets: n         Case Flag: CLOSED

### U.S. Bankruptcy Court

### Northern District of Indiana

Notice of Electronic Filing

The following transaction was received from Hawkins, Calvin D. entered on 6/6/2007 at 4:03 PM EDT and filed on 6/6/2007
**Case Name:** Rodney Jay Heston and Sandra Denise Heston
**Case Number:** 03-65712-jpk
**WARNING: CASE CLOSED on 03/25/2004**
**Document Number:** 18

**Docket Text:**
Motion to Reopen Chapter 7 Case . Filed by Trustee Calvin D. Hawkins (Attachments: # (1) Proposed Order) (Hawkins, Calvin)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\trustee\Desktop\Trustee ECF Case filings\HESTON-PTN TO REOPEN CASE WITHOUT FEES.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1006806559 [Date=6/6/2007] [FileNumber=8379660-0]
[071dc43bd80d65653f064e68791a6ed733ecbefc05ebbdd1da739cce8ae86c57e34e
665d5aaa8dacafce05e804c016e6dea999b3242840331a563ac7eab87697]]
**Document description:** Proposed Order
**Original filename:** C:\Documents and Settings\trustee\Desktop\Trustee ECF Case filings\HESTON-ORDER TO REOPEN WITHOUT FEES.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1006806559 [Date=6/6/2007] [FileNumber=8379660-1]
[a1dc14f752d0f6a31e8728028f9ee89f70008de3131c1f51b7736e98ad841c72cada
af98b6d755fa55eb08f0c69ad9625776e2ea6a2ef8b650c58ae75ebfd8e2]]

**03-65712-jpk Notice will be electronically mailed to:**

Nancy J. Gargula    USTPRegion10.SO.ECF@usdoj.gov

Calvin D. Hawkins    chawkins@jorsm.com, chawkins@ecf.epiqsystems.com

**03-65712-jpk Notice will not be electronically mailed to:**



EXHIBIT A

U.S. Bankruptcy Court, Northern IN - CM/ECF System

Paul Psomadelis
3530 Fairview Avenue
Suite F & G
Lake Station, IN 46405

## Miscellaneous:

<u>03-65712-jpk Rodney Jay Heston and Sandra Denise Heston</u> **CASE CLOSED on 03/25/2004**

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 2 (Hammond Division) |
| Judge: jpk | Assets: n | Case Flag: CLOSED |

### U.S. Bankruptcy Court

### Northern District of Indiana

Notice of Electronic Filing

The following transaction was received from Hawkins, Calvin D. entered on 6/6/2007 at 4:36 PM EDT and filed on 6/6/2007
**Case Name:** Rodney Jay Heston and Sandra Denise Heston
**Case Number:** <u>03-65712-jpk</u>
**WARNING: CASE CLOSED on 03/25/2004**
**Document Number:** <u>19</u>

**Docket Text:**
Proposed Order RE: *Order to reopen case without paying filing fees* Filed by Trustee Calvin D. Hawkins (related document(s)[18] Motion to Reopen Case filed by Calvin D. Hawkins) (Hawkins, Calvin)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\trustee\Desktop\Trustee ECF Case filings\HESTON-ORDER TO REOPEN WITHOUT FEES.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1006806559 [Date=6/6/2007] [FileNumber=8379988-0]
[7d464e1e7107066af0ad2b310a8466a3f90174f5cf1b7f304793257874b9b90d02f5
18a4217c4e452e525189e11770dc1254ac5928467fb650c21b8c8daa2927]]

**03-65712-jpk Notice will be electronically mailed to:**

Nancy J. Gargula    USTPRegion10.SO.ECF@usdoj.gov

Calvin D. Hawkins    chawkins@jorsm.com, chawkins@ecf.epiqsystems.com

**03-65712-jpk Notice will not be electronically mailed to:**

Paul Psomadelis
3530 Fairview Avenue
Suite F & G
Lake Station, IN 46405

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| RODNEY JAY HESTON | ) | CASE NO: 03-65712 |
| SANDRA DENISE HESTON | ) | |
| Debtor(s) | ) | Chapter 7 |

### PETITION TO REOPEN WITHOUT PREPAYMENT OF FILING FEES

Comes now Calvin D. Hawkins, Trustee of the estate of the above captioned debtors and for his Petition to Reopen debtors' estate Without Prepayment of fees, alleges and says:

1. That he is the duly qualified trustee in the above captioned case having been so appointed on November 25, 2003.

2. That the herein trustee filed a Report of No Distribution in said case on February 17, 2004.

3. That on the 25th day of March, 2004, the Court entered its Final Order Discharging Trustee and Closing Case.

4. That subsequent to the filing of the Trustee's Report of No Distribution, said trustee has become aware that there are possible assets in same in which he can administer; specifically, the trustee anticipate on receiving funds from Debtor's pending EEOC charge.

5. That the amount of money the trustee will receive regarding the herein estate is more than the requisite filing fee and that said trustee is requesting a deferment of the payment of fees in same until such time as final distribution is made.

WHEREFORE, the trustee prays that the Court grant its Petition to Reopen without Prepayment of fees, that said filing fees be deferred until the conclusion of this case and for all other legal and proper relief.

/s/ Calvin D. Hawkins
Chapter 7Trustee
4858 Broadway - P.O. Box 64859
Gary, Indiana 46401- (219) 887-2626
chawkins@iorsm.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

IN RE: 
RODNEY JAY HESTON  )  CASE NO: 03-65712
SANDRA DENISE HESTON  )
    Debtor(s)  )  Chapter 7

## CERTIFICATE OF SERVICE

I, certify that on the 6th day of June, 2007, service of a true and complete copy of the above and foregoing pleading and/or paper was electronically mailed to:

United States Trustee, **ustpregion10.so.ecf@usdoj.gov**

and served upon each party or attorney of record listed below by depositing same in the U.S. Mail, in envelopes addressed to each of them and with sufficient first-class postage affixed.

Paul Psomadelis
3530 Fairview Avenue
Suite F & G
Lake Station, IN 46405

Rodney Heston
Sandra Heston
2802 West 39th Place
Gary, Indiana 46408

/s/ Calvin D. Hawkins
Calvin D. Hawkins
Chapter 7 Trustee
4858 Broadway - P.O. Box 64859
Gary, IN 46401--(219) 887-2626
**chawkins@jorsm.com**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| RODNEY JAY HESTON | ) | CASE NO: 03-65712 |
| SANDRA DENISE HESTON | ) | |
| Debtor(s) | ) | Chapter 7 |

## ORDER

This matter having come before the Court on the Trustee's Motion to Reopen the above captioned estate Without Payment of Fees for the reason that the trustee anticipates receiving assets with which he can administer; specifically, the trustee anticipate on receiving funds from the Debtor's pending EEOC charge.

ORDERED:

That the Trustee's Petition to Reopen the above captioned estate is granted and that the Clerk of the Court defer the filing fees in this case until the order of final distribution.

ENTERED:_____

_____
Judge, United States Bankruptcy Court