IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| SANDRA HESTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 06-1172 |
| | ) | |
| GUARDSMARK, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED ORDER TO SHOW CAUSE

The Court has been advised that Plaintiff, Sandra Heston, has filed for protection under Title 11, United States Code.

ACCORDINGLY, IT IS ORDERED:

1. Plaintiff, Sandra Heston, shall file with this Court and serve on all parties within ten (10) days the Notice of Automatic Stay from the bankruptcy proceedings. Failure to file the stay will result in this Court proceeding with this case.

2. The parties are also RULED TO SHOW CAUSE why this case should not be dismissed because of the pending bankruptcy. This Rule is set for hearing by telephone conference call before the Honorable Michael M. Mihm on October 11, 2007 at 11:00 a.m. The conference call will be placed by this Court.

3. If the Title 11 proceedings are dismissed or if there is any change in the automatic stay affecting this case before the date set for return of the Rule, the parties are ORDERED to so advise this Court and all of the parties in writing.

4. Failure to comply with this order will result in appropriate sanctions pursuant to Rule 37.

Entered this 12th day of June, 2007.

<u>s/ Michael M. Mihm</u>  
Michael M. Mihm  
U.S. District Judge