

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| SANDRA TREVINO HESTON, )<br>)<br>Plaintiff, )<br>VS. )<br>)<br>GUARDSMARK, INC., )<br>)<br>Defendant. ) | CASE NO. 06-1172 |

## SANDRA HESTON'S NOTICE OF BANKRUPTCY STAY

Comes now the Plaintiff, SANDRA TREVINO HESTON ("Plaintiff"), through counsel, Herbert S. Lasser & Associates, P.C., by Attorney ROBERT A. PLANTZ, and in accordance with the Court's "Amended Order to Show Cause," hereby provides Notice of Bankruptcy Stay and evidence of service on all counsel of record herein, to wit:

1. Attached hereto is the "Order Reopening Case and To Appoint A Trustee," entered by Judge Philip Klingeberger, United States Bankruptcy Court, North District of Indiana, on June 7, 2007 (herein, the "Order").

2. By operation of Bankruptcy Code, 11 U.S.C. §362, the Order institutes an *Automatic Stay* to the proceedings before this Court.

3. By service hereof, all attorneys and interested parties have been duly served with Notice of Stay.

4. In light of the bankruptcy, this cause should be dismissed.

Respectfully Submitted,

HERBERT S. LASSER & ASSOCIATES, P.C.
Attorneys for Plaintiff

By:   S://  Robert A. Plantz
**ROBERT A. PLANTZ**
3700 East U.S. 30
Merrillville, IN 46410
Phone: (219) 942-3710

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT HAMMOND

IN THE MATTER OF            )
                            )
Rodney Jay Heston           )   CASE NO. 03-65442
Sandra Denise Heston        )   CHAPTER 7
                            )
       Debtor(s)            )

## ORDER REOPENING CASE AND TO APPOINT A TRUSTEE

At Hammond, Indiana, on June 7, 2007.

Trustee's motion to reopen this case is granted. Based upon the allegations contained in the motion it appears that a trustee is necessary to protect the interest of the various parties to the case and to insure the efficient administration of the estate. See Fed. R. Bankr. P. Rule 5010. It is therefore

ORDERED that this case is reopened.

IT IS FURTHER ORDERED that the Trustee's request that the $260.00 reopening fee be deferred until assets are realized in this estate is granted.

IT IS FURTHER ORDERED that, in accordance with 11 U.S.C. §703(c), the United States Trustee shall appoint one disinterested person to serve as trustee in this case.

/s/ J. PHILIP KLINGEBERGER
Judge, United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
## Hammond Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Rodney Jay Heston<br>xxx-xx-6499<br>2802 West 39th Place<br>Gary, IN 46408<br><br>Sandra Denise Heston aka Sandra Denise Trevino<br>xxx-xx-7663<br>2802 West 39th Place<br>Gary, IN 46408 | )<br>)<br>)<br>) Case Number: 03-65712-jpk -jpk<br>)<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 7<br>)<br>)<br>)<br>)<br>) |

## APPOINTMENT OF THE INTERIM TRUSTEE
## AND FIXING BOND

1. The following Chapter 7 panel trustee has been appointed to the above captioned case and the trustee's bond is fixed under the general blanket bond heretofore approved by the United States Trustee and filed with the Bankruptcy Court.

    Calvin D. Hawkins
    4858 Broadway
    P.O. Box 64859
    Gary, IN 46401

2. Unless the trustee files a written rejection of this appointment within five business days after the receipt of the notice of appointment, the trustee shall be deemed to have accepted the office pursuant to Federal Rule of Bankruptcy Procedure 2008.

3. If a trustee is not elected pursuant to 11 U.S.C. Section 702, then the above named interim trustee shall serve as trustee in this case.

Dated: June 7, 2007 .

                                                Nancy J. Gargula
                                               United States Trustee

                                               Document No. 21