E-FILED
Friday, 22 June, 2007  09:45:27 AM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

SANDRA TREVINO HESTON,     )
                 Plaintiff,     )
VS.     )              CASE NO. 06-1172
                        )
GUARDSMARK, INC.,     )
                Defendant.     )

## CERTIFICATE OF SERVICE

Comes now Attorney Robert A. Plantz, counsel for the Plaintiff herein, and certifies that on the 21st day of June, 2007, a true and complete copy of <u>Sandra Heston's Notice of Bankruptcy Stay</u> was filed electronically.  Service of said pleading or paper was made by operation of the Court's electronic filing system to all parties and the following counsel who have consented thereto, as indicated on the electronic filing receipt.  All other parties will be served by regular U.S.

William P Dougherty     wpdougherty@bakerdonelson.com

Arthur J Howe     howe@sw.com, central@sw.com, connor@sw.com

Jason M Rosenthal     rosenthal@sw.com, central@sw.com, connor@sw.com

Edward R Young     eyoung@bakerdonelson.com


              Respectfully Submitted,

              HERBERT S. LASSER & ASSOCIATES, P.C.
              Attorneys for Plaintiff


              By:    S://  Robert A. Plantz
              **ROBERT A. PLANTZ**
              3700 East U.S. 30
              Merrillville, IN 46410
              Phone: (219) 942-3710